UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DUDLEY BARRINGTON MITCHELL,

CASE NO. 8:05-CR-479-T30-MAP
8 U.S.C. § 1326(a) & (b)(2)

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about October 27, 2005, at Sarasota, Sarasota County, in the Middle District of Florida,

DUDLEY BARRINGTON MITCHELL,

defendant herein, being an alien of the United States who previously had been convicted of the felony offense of Robbery (3 counts), Case No. 81-4908CF, on or about October 30, 1981, and Trafficking in Cocaine Over 28 Grams, Case No. 88-8455CF, on or about October 7, 1988, both in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, and was thereafter arrested and deported from the United States on or about March 3, 1993, and who had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to re-apply for admission, was found to be voluntarily in the United States.

In violation of Title 8, United States Code, Section 1326(a) & (b)(2).

*[signature]* FOREPERSON

PAUL I. PEREZ
United States Attorney

By: *[signature]*
DONALD L. HANSEN
Assistant United States Attorney

*[signature]*
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, Special Prosecutions Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DUDLEY BARRINGTON MITCHELL

## INDICTMENT

Violations:

Title 8, United States Code, Section 1326(a) and (b)(2)

A true bill,

_____
Foreperson

Filed in open court this 10th day

of November, A.D. 2005.

_____
Clerk

Bail $ _____

N:\_Criminal Cases\M\Mitchell, Dudley_2005R02709_dlh\f_indictment_back.frm

GPO 863 525